# GROUP EXHIBIT 2

## GROUP EXHIBIT 2

| U.S. Design Patent No. (*Title pages attached) | Date Issued | Casio Model No. |
|---|---|---|
| D619,909 | 7/20/2010 | GA-110F-2JR |
| D658,081 | 4/24/2012 | GA-150 |
| D663,222 | 7/10/2012 | GW-A1000 |
| D685,666 | 7/9/2013 | GW-A1100 |
| D724,447 | 3/17/2015 | GA-1000 |
| D733,578 | 7/7/2015 | GW-9400 |
| D733,602 | 7/7/2015 | GW-9400 |
| D742,252 | 11/3/2015 | GPW-1000 |
| D742,253 | 11/3/2015 | GBA-400 |
| D742,763 | 11/10/2015 | GWG-1000 |
| D776,550 | 1/17/2017 | GG-1000 |
| D807,201 | 1/9/2018 | GA-500 |
| D807,202 | 1/9/2018 | GA-700 |
| D817,193 | 5/8/2018 | GA-800 |
| D820,117 | 6/12/2018 | GWN-Q1000 |



US00D619909S

# (12) United States Design Patent
## Moriai et al.

(10) Patent No.: **US D619,909 S**
(45) Date of Patent: ** **Jul. 20, 2010**

(54) **WRIST WATCH**

(75) Inventors: **Ryusuke Moriai**, Ome (JP); **Akira Tanaka**, Akishima (JP)

(73) Assignee: **Casio Keisanki Kabushiki Kaisha**, Tokyo (JP)

(**) Term: **14 Years**

(21) Appl. No.: **29/356,823**

(22) Filed: **Mar. 3, 2010**

(30) **Foreign Application Priority Data**

Sep. 15, 2009 (JP) ............... 2009-021341

(51) LOC (9) Cl. ............... **10-02**
(52) U.S. Cl. ............... **D10/39**
(58) Field of Classification Search ........... D10/30–39; 368/276, 281, 282, 285, 80, 223, 28–30, 368/228, 232
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D378,740 S | * | 4/1997 | Yamamoto et al. | D10/38 |
| D394,397 S | * | 5/1998 | Goto | D10/30 |
| D396,418 S | * | 7/1998 | Goto | D10/30 |
| D402,566 S | * | 12/1998 | Moriai | D10/30 |
| D403,252 S | * | 12/1998 | Hanagata | D10/38 |
| D407,025 S | * | 3/1999 | Hanagata | D10/30 |
| D418,430 S | * | 1/2000 | Moriai | D10/30 |
| D426,778 S | * | 6/2000 | Kojima | D10/30 |
| D427,082 S | * | 6/2000 | Kojima | D10/30 |
| D427,917 S | * | 7/2000 | Hanagata | D10/30 |
| D429,467 S | * | 8/2000 | Kojima | D10/30 |
| D434,988 S | * | 12/2000 | Kojima | D10/30 |
| D451,823 S | * | 12/2001 | Moriai | D10/30 |
| D479,691 S | * | 9/2003 | Goto | D10/30 |
| D504,829 S | * | 5/2005 | Moriai | D10/30 |
| D525,882 S | * | 8/2006 | Yamamoto et al. | D10/38 |
| D526,213 S | * | 8/2006 | Moriai et al. | D10/38 |
| D526,216 S | * | 8/2006 | Tomimatsu | D10/39 |
| D526,578 S | * | 8/2006 | Ikezu et al. | D10/38 |
| D526,579 S | * | 8/2006 | Moriai et al. | D10/38 |
| D527,282 S | * | 8/2006 | Nakai et al. | D10/38 |
| D536,626 S | * | 2/2007 | Kachi | D10/31 |
| D536,995 S | * | 2/2007 | Oshita | D10/31 |
| D537,367 S | * | 2/2007 | Oshita | D10/31 |
| D537,368 S | * | 2/2007 | Oshita | D10/31 |
| D540,698 S | * | 4/2007 | Tomimatsu et al. | D10/38 |
| D541,180 S | * | 4/2007 | Umebayashi | D10/38 |
| D542,155 S | * | 5/2007 | Yamamoto et al. | D10/31 |
| D546,710 S | * | 7/2007 | Watanabe et al. | D10/31 |

* cited by examiner

*Primary Examiner*—Lucy Lieberman
(74) *Attorney, Agent, or Firm*—Frishauf, Holtz, Goodman & Chick, P.C.

(57) **CLAIM**

The ornamental design for a wrist watch, as shown.

**DESCRIPTION**

FIG. 1 is a front, left side, bottom perspective view of a wrist watch showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**





US00D658081S

## (12) United States Design Patent
### Akagi et al.

(10) Patent No.: **US D658,081 S**
(45) Date of Patent: ** Apr. 24, 2012

(54) **WRIST WATCH**

(75) Inventors: **Takayasu Akagi**, Hino (JP); **Hideki Watanabe**, Sagamihara (JP); **Wataru Yaekura**, Tachikawa (JP)

(73) Assignee: **Casio Keisanki Kabushiki Kaisha**, Tokyo (JP)

(**) Term: **14 Years**

(21) Appl. No.: **29/409,422**

(22) Filed: **Dec. 22, 2011**

(30) Foreign Application Priority Data

Sep. 16, 2011 (CN) .......................... 2011 3 0333930

(51) **LOC (9) Cl.** .................................................. **10-02**
(52) **U.S. Cl.** ...................................................... **D10/39**
(58) **Field of Classification Search** ............ D10/30–39, D10/122–132; 368/276, 281, 282, 80, 223, 368/228, 232
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D378,198 S | * | 2/1997 | Tomita et al. | D10/38 |
| D401,160 S | * | 11/1998 | Akagi | D10/30 |
| D402,566 S | * | 12/1998 | Moriai | D10/30 |
| D403,252 S | * | 12/1998 | Hanagata | D10/38 |
| D418,430 S | * | 1/2000 | Moriai | D10/30 |
| D418,761 S | * | 1/2000 | Iwamoto | D10/30 |
| D420,295 S | * | 2/2000 | Oshita | D10/30 |
| D426,778 S | * | 6/2000 | Kojima | D10/30 |
| D426,780 S | * | 6/2000 | Goto et al. | D10/30 |
| D427,917 S | * | 7/2000 | Hanagata | D10/30 |
| D443,529 S | * | 6/2001 | Oshita | D10/30 |
| D451,825 S | * | 12/2001 | Hanagata | D10/30 |
| D486,076 S | * | 2/2004 | Shoubayashi | D10/38 |
| D504,829 S | * | 5/2005 | Moriai | D10/30 |
| D526,213 S | * | 8/2006 | Moriai et al. | D10/39 |
| D526,216 S | * | 8/2006 | Tomimatsu | D10/39 |
| D526,575 S | * | 8/2006 | Shiraishi et al. | D10/38 |
| D526,576 S | * | 8/2006 | Shiraishi et al. | D10/38 |
| D526,578 S | * | 8/2006 | Ikezu et al. | D10/38 |
| D527,282 S | * | 8/2006 | Nakai et al. | D10/38 |
| D534,084 S | * | 12/2006 | Linde | D10/39 |
| D551,993 S | * | 10/2007 | Kachi | D10/38 |
| D619,909 S | * | 7/2010 | Moriai et al. | D10/39 |
| D640,146 S | * | 6/2011 | Tedeschi | D10/39 |
| D642,075 S | * | 7/2011 | Crocco | D10/39 |

* cited by examiner

*Primary Examiner* — Lucy Lieberman

(74) *Attorney, Agent, or Firm* — Holtz, Holtz, Goodman & Chick, PC

(57) **CLAIM**

The ornamental design for a wrist watch, as shown and described.

### DESCRIPTION

FIG. 1 is a front, right side, bottom perspective view of a wrist watch showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof; and,
FIG. 8 is a reference front elevational view thereof showing a state in which this article is used.
The broken lines showing the day and time in FIG. 8 are for illustrative purposes only and do not form part of the claimed design.

**1 Claim, 7 Drawing Sheets**





US00D663222S

## (12) United States Design Patent
### Nakai et al.

(10) Patent No.: **US D663,222 S**
(45) Date of Patent: ⋆⋆ **Jul. 10, 2012**

(54) **WRIST WATCH**

(75) Inventors: **Toshio Nakai**, Oume (JP); **Seiji Syoubayashi**, Kunitachi (JP)

(73) Assignee: **Casio Computer Co., Ltd.**, Tokyo (JP)

(⋆⋆) Term: **14 Years**

(21) Appl. No.: **29/407,010**

(22) Filed: **Nov. 22, 2011**

(30) **Foreign Application Priority Data**

May 25, 2011 (CN) .......................... 2011 3 0147241

(51) LOC (9) Cl. .................................................. 10-02
(52) U.S. Cl. .................................................... D10/39
(58) Field of Classification Search ........... D10/30–39, D10/122–132; 368/276, 281, 282, 80, 223, 368/228, 232
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D327,445 S | * | 6/1992 | Fujihara | D10/39 |
| D356,042 S | * | 3/1995 | Nakanishi | D10/39 |
| D378,198 S | * | 2/1997 | Tomita et al. | D10/38 |
| D402,566 S | * | 12/1998 | Moriai | D10/30 |
| D418,761 S | * | 1/2000 | Iwamoto | D10/30 |
| D426,778 S | * | 6/2000 | Kojima | D10/30 |
| D427,917 S | * | 7/2000 | Hanagata | D10/30 |
| D429,467 S | * | 8/2000 | Kojima | D10/30 |
| D443,529 S | * | 6/2001 | Oshita | D10/30 |
| D451,823 S | * | 12/2001 | Moriai | D10/30 |
| D451,825 S | * | 12/2001 | Hanagata | D10/30 |
| D497,109 S | * | 10/2004 | Itsubo | D10/30 |
| D504,829 S | * | 5/2005 | Moriai | D10/30 |
| D526,213 S | * | 8/2006 | Moriai et al. | D10/38 |
| D526,575 S | * | 8/2006 | Shiraishi et al. | D10/38 |
| D526,576 S | * | 8/2006 | Shiraishi et al. | D10/38 |
| D526,578 S | * | 8/2006 | Ikezu et al. | D10/38 |
| D527,282 S | * | 8/2006 | Nakai et al. | D10/38 |
| D551,993 S | * | 10/2007 | Kachi | D10/38 |
| D559,124 S | * | 1/2008 | Modolo | D10/32 |
| D619,909 S | * | 7/2010 | Moriai et al. | D10/39 |
| D649,482 S | * | 11/2011 | Vaptzarof | D10/39 |

* cited by examiner

*Primary Examiner* — Lucy Lieberman
(74) *Attorney, Agent, or Firm* — Holtz, Holtz, Goodman & Chick, PC

(57) **CLAIM**

The ornamental design for a wrist watch, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a wrist watch showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.
The broken line portions of the drawings are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





US00D685666S

## (12) United States Design Patent
### Nakai

(10) Patent No.: **US D685,666 S**
(45) Date of Patent: ** **Jul. 9, 2013**

(54) **WATCH CASE**

(71) Applicant: **Casio Keisanki Kabushiki Kaisha,** Tokyo (JP)

(72) Inventor: **Toshio Nakai,** Oume (JP)

(73) Assignee: **Casio Keisanki Kabushiki Kaisha,** Tokyo (JP)

(**) Term: **14 Years**

(21) Appl. No.: **29/447,805**

(22) Filed: **Mar. 6, 2013**

(51) LOC (9) Cl. .................................................. **10-07**
(52) U.S. Cl.
USPC ........................................ **D10/131; D10/128**
(58) Field of Classification Search
USPC ............ D10/131, 122, 128, 30–39; 368/288, 368/286, 290, 308, 319, 320, 321
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D361,945 S | * | 9/1995 | Errico | D10/39 |
| D402,566 S | * | 12/1998 | Moriai | D10/30 |
| D415,043 S | * | 10/1999 | Fichter | D10/39 |
| D443,529 S | * | 6/2001 | Oshita | D10/30 |
| D447,427 S | * | 9/2001 | Finazzi | D10/39 |
| D508,860 S | * | 8/2005 | Plan | D10/39 |
| D558,614 S | * | 1/2008 | Strasser | D10/38 |
| D569,276 S | * | 5/2008 | Scheufele | D10/39 |
| D573,488 S | * | 7/2008 | Sanz | D10/39 |
| D614,512 S | * | 4/2010 | Monachon | D10/32 |
| D628,095 S | * | 11/2010 | Monachon | D10/39 |
| D632,979 S | * | 2/2011 | Chastaingt | D10/38 |
| D648,638 S | * | 11/2011 | Monachon | D10/39 |
| D650,710 S | * | 12/2011 | Laucella | D10/39 |
| D652,326 S | * | 1/2012 | Kummer | D10/38 |
| D663,222 S | * | 7/2012 | Nakai et al. | D10/39 |
| D664,450 S | * | 7/2012 | Syoubayashi | D10/39 |
| D668,968 S | * | 10/2012 | Duport | D10/32 |
| D668,970 S | * | 10/2012 | Nunes | D10/38 |
| D671,428 S | * | 11/2012 | Mazzucato | D10/38 |

* cited by examiner

*Primary Examiner* — Lucy Lieberman
(74) *Attorney, Agent, or Firm* — Holtz, Holtz, Goodman & Chick, P.C.

(57) **CLAIM**

The ornamental design for a watch case, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a watch case showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.
The portions in broken lines are shown for illustrative purposes only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



US00D724447S

## (12) United States Design Patent
### Akagi et al.

(10) Patent No.: **US D724,447 S**
(45) Date of Patent: ** **Mar. 17, 2015**

(54) **WRIST WATCH**

(71) Applicant: **Casio Keisanki Kabushiki Kaisha,** Tokyo (JP)

(72) Inventors: **Takayasu Akagi,** Hino (JP); **Hideki Watanabe,** Sagamihara (JP)

(73) Assignee: **Casio Keisanki Kabushiki Kaisha,** Tokyo (JP)

(**) Term: **14 Years**

(21) Appl. No.: **29/439,616**

(22) Filed: **Dec. 13, 2012**

(51) LOC (10) Cl. .................................................. 10-02
(52) U.S. Cl.
   USPC ............................................. D10/39; D10/126
(58) Field of Classification Search
   CPC ...... G04B 19/00; G04B 19/04; G04B 19/044; G04B 19/06; G04B 19/10; G04B 19/24; G04B 19/26; G04B 19/23; G04B 19/25
   USPC ............. D10/30–39, 122–132, 1–29; 368/10, 368/21, 27, 28, 30, 62, 69, 71, 76, 80, 223, 368/228, 232, 238
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D323,786 S | * | 2/1992 | Ishizaka | D10/38 |
| D331,884 S | * | 12/1992 | Wunderman | D10/32 |
| 5,339,293 A | * | 8/1994 | Kamiyama et al. | 368/21 |
| D500,451 S | * | 1/2005 | Yamamoto | D10/32 |
| D537,367 S | * | 2/2007 | Oshita | D10/31 |
| D542,155 S | * | 5/2007 | Yamamoto et al. | D10/31 |
| D542,166 S | * | 5/2007 | Yamamoto et al. | D10/123 |
| 7,215,603 B2 | * | 5/2007 | Koike | 368/223 |
| D552,490 S | * | 10/2007 | Laucella | D10/31 |
| D564,930 S | * | 3/2008 | Kume | D10/126 |
| D580,809 S | * | 11/2008 | Inoue | D10/126 |
| D598,318 S | * | 8/2009 | Behling | D10/126 |
| D619,909 S | * | 7/2010 | Moriai et al. | D10/39 |
| D658,527 S | * | 5/2012 | Ikezu et al. | D10/124 |
| 2010/0046328 A1 | * | 2/2010 | Olsen | 368/30 |

* cited by examiner

*Primary Examiner* — Martie K Holtje
(74) *Attorney, Agent, or Firm* — Holtz, Holtz, Goodman & Chick PC

(57) **CLAIM**

The ornamental design for a wrist watch, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a wrist watch showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.
The structural features depicted by broken lines have been shown for the purpose of illustrating portions of the wrist watch that form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





US00D733578S

## (12) United States Design Patent
### Ikezu et al.

(10) Patent No.: **US D733,578 S**
(45) Date of Patent: ★★ **Jul. 7, 2015**

(54) **WATCH CASE**

(71) Applicant: **Casio Keisanki Kabushiki Kaisha**, Tokyo (JP)

(72) Inventors: **Hayato Ikezu**, Tachikawa (JP); **Takayasu Akagi**, Hino (JP)

(73) Assignee: **CASIO KEISANKI KABUSHIKI KAISHA**, Tokyo (JP)

(**) Term: **14 Years**

(21) Appl. No.: **29/462,642**

(22) Filed: **Aug. 6, 2013**

(30) **Foreign Application Priority Data**

Mar. 29, 2013  (CN) .................... 2013 3 0089859

(51) LOC (10) Cl. ................................................ **10-02**
(52) U.S. Cl.
    USPC ........................................... **D10/30; D10/38**
(58) **Field of Classification Search**
    USPC ................ D10/30–39, 1–29, 122–132
    CPC .. G04B 37/00; G04B 37/0008; G04B 37/084; G04B 37/225; G04B 45/00; G04B 45/0069; G04C 3/00; G04C 3/001; G04G 17/00; G04G 17/08
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D339,749 S | * | 9/1993 | Ishizaka | D10/38 |
| D360,835 S | * | 8/1995 | Sayama | D10/38 |
| D387,677 S | * | 12/1997 | Hanagata | D10/30 |
| D394,404 S | * | 5/1998 | Ishizaka et al. | D10/38 |
| D394,610 S | * | 5/1998 | Ishizaka et al. | D10/30 |
| D395,402 S | * | 6/1998 | Goto | D10/30 |
| D400,805 S | * | 11/1998 | Hanagata | D10/38 |
| D407,332 S | * | 3/1999 | Kojima | D10/30 |
| D412,854 S | * | 8/1999 | Oshita | D10/30 |
| D415,041 S | * | 10/1999 | Goto et al. | D10/30 |
| D418,429 S | * | 1/2000 | Goto | D10/30 |
| D430,808 S | * | 9/2000 | Hanagata | D10/30 |
| D434,988 S | * | 12/2000 | Kojima | D10/30 |
| D664,450 S | * | 7/2012 | Syoubayashi | D10/39 |
| D685,666 S | * | 7/2013 | Nakai | D10/131 |
| 2004/0145975 A1 | * | 7/2004 | Barras et al. | 368/281 |
| 2012/0075964 A1 | * | 3/2012 | Hirayama | 368/281 |

* cited by examiner

*Primary Examiner* — Martie K Holtje
(74) *Attorney, Agent, or Firm* — Holtz, Holtz, Goodman & Chick PC

(57) **CLAIM**

The ornamental design for a watch case, as shown.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a watch case showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**





US00D733602S

## (12) United States Design Patent
### Ikezu et al.

(10) Patent No.: **US D733,602 S**
(45) Date of Patent: ∗∗ **Jul. 7, 2015**

(54) **WATCH CASE**

(71) Applicant: **Casio Keisanki Kabushiki Kaisha,** Tokyo (JP)

(72) Inventors: **Hayato Ikezu,** Tachikawa (JP); **Takayasu Akagi,** Hino (JP)

(73) Assignee: **CASIO KEISANKI KABUSHIKI KAISHA,** Tokyo (JP)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/462,636**

(22) Filed: **Aug. 6, 2013**

(30) **Foreign Application Priority Data**

Mar. 29, 2013 (CN) .................. 2013 3 0089859

(51) LOC (10) Cl. .............................................. **10-07**
(52) **U.S. Cl.**
 USPC ...................................................... **D10/128**
(58) **Field of Classification Search**
 USPC .................. D10/30–39, 1–29, 122–132
 CPC .... G04B 37/00; G04B 37/0008; G04B 45/00; G04B 45/0069; G04C 3/00; G04C 3/001; G04G 9/00; G04G 9/0064; G04G 17/00; G04G 17/08
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D339,749 S | * | 9/1993 | Ishizaka | D10/38 |
| D387,677 S | * | 12/1997 | Hanagata | D10/30 |
| D391,497 S | * | 3/1998 | Kume et al. | D10/30 |
| D394,404 S | * | 5/1998 | Ishizaka et al. | D10/38 |
| D394,610 S | * | 5/1998 | Ishizaka et al. | D10/30 |
| D399,433 S | * | 10/1998 | Bruce et al. | D10/30 |
| D400,805 S | * | 11/1998 | Hanagata | D10/38 |
| D412,854 S | * | 8/1999 | Oshita | D10/30 |
| D415,041 S | * | 10/1999 | Goto et al. | D10/30 |
| D418,429 S | * | 1/2000 | Goto | D10/30 |
| D430,808 S | * | 9/2000 | Hanagata | D10/30 |
| D434,988 S | * | 12/2000 | Kojima | D10/30 |
| D450,603 S | * | 11/2001 | Rantala | D10/38 |
| D450,849 S | * | 11/2001 | Rantala | D24/165 |
| D685,666 S | * | 7/2013 | Nakai | D10/131 |

* cited by examiner

*Primary Examiner* — Martie K Holtje

(74) *Attorney, Agent, or Firm* — Holtz, Holtz, Goodman & Chick PC

(57) **CLAIM**
The ornamental design for a watch case, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a watch case showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.
The structural features depicted by broken lines have been shown for the purpose of illustrating portions of the watch case that form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





US00D742252S

## (12) United States Design Patent
### Akagi et al.

(10) Patent No.: **US D742,252 S**
(45) Date of Patent: ** **Nov. 3, 2015**

(54) **WRIST WATCH**

(71) Applicant: **CASIO KEISANKI KABUSHIKI KAISHA**, Shibuya-ku, Tokyo (JP)

(72) Inventors: **Takayasu Akagi**, Hino (JP); **Hideki Watanabe**, Sagamihara (JP)

(73) Assignee: **CASIO KEISANKI KABUSHIKI KAISHA**, Tokyo (JP)

(**) Term: **14 Years**

(21) Appl. No.: **29/486,689**

(22) Filed: **Apr. 1, 2014**

(30) **Foreign Application Priority Data**

Dec. 20, 2013 (CN) .................. 2013 3 0636918

(51) LOC (10) Cl. .................................. **10-02**
(52) U.S. Cl.
   USPC .............. **D10/30**; D10/39; D10/126
(58) **Field of Classification Search**
   USPC .............. D10/30–39, 1–29, 122–132
   CPC ...... G04B 19/00; G04B 19/04; G04B 19/042;
         G04B 19/044; G04B 19/10; G04B 19/106;
         G04B 19/24; G04B 37/0008; G04B 37/0058;
         G04B 37/084; G04B 37/18; G04B 45/00;
         G04B 45/0069; G04B 45/0076; G04F 7/00;
         G04F 7/06; G04F 7/08; H01Q 1/273
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,220,541 A | * | 6/1993 | Vuilleumier | G04F 7/08 |
| | | | | 368/110 |
| D497,109 S | * | 10/2004 | Itsubo | D10/30 |
| D526,575 S | * | 8/2006 | Shiraishi | D10/38 |
| D534,084 S | * | 12/2006 | Linde | D10/39 |
| 7,355,556 B2 | * | 4/2008 | Abe | H01Q 1/273 |
| | | | | 343/788 |
| D573,488 S | * | 7/2008 | Sanz | D10/39 |
| D645,362 S | * | 9/2011 | Houlihan | D10/38 |
| D652,326 S | * | 1/2012 | Kummer | D10/38 |
| D658,080 S | * | 4/2012 | Syoubayashi | D10/38 |
| D658,081 S | * | 4/2012 | Akagi | D10/39 |
| D658,527 S | * | 5/2012 | Ikezu | D10/124 |
| D663,222 S | * | 7/2012 | Nakai | D10/39 |
| D664,450 S | * | 7/2012 | Syoubayashi | D10/39 |
| D685,666 S | * | 7/2013 | Nakai | D10/128 |
| 2012/0075964 A1 | * | 3/2012 | Hirayama | G04B 37/084 |
| | | | | 368/281 |

* cited by examiner

*Primary Examiner* — Martie K Holtje
(74) *Attorney, Agent, or Firm* — Holtz, Holtz, Goodman & Chick PC

(57) **CLAIM**

The ornamental design for a wrist watch, as shown and described.

**DESCRIPTION**

FIG. 1 is a bottom, right front perspective view of a wrist watch showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof; and,
FIG. 8 is a reference right front perspective view thereof, drawn to a reduced scale.
The straps depicted by broken lines in FIG. 8 represent environment that forms no part of the claimed design.

**1 Claim, 7 Drawing Sheets**





US00D742253S

## (12) United States Design Patent
Syoubayashi et al.

(10) Patent No.: **US D742,253 S**
(45) Date of Patent: ✶✶ **Nov. 3, 2015**

(54) **WRIST WATCH**

(71) Applicant: **CASIO KEISANKI KABUSHIKI KAISHA**, Shibuya-ku, Tokyo (JP)

(72) Inventors: **Seiji Syoubayashi**, Kunitachi (JP); **Hayato Ikezu**, Tachikawa (JP)

(73) Assignee: **CASIO KEISANKI KABUSHIKI KAISHA**, Tokyo (JP)

(**) Term: **14 Years**

(21) Appl. No.: **29/486,703**

(22) Filed: **Apr. 1, 2014**

(30) **Foreign Application Priority Data**

Dec. 20, 2013 (CN) .......................... 2013 3 0636171

(51) LOC (10) Cl. ................................. **10-02**
(52) U.S. Cl.
 USPC .......................... **D10/30; D10/39**
(58) Field of Classification Search
 USPC .............. D10/30–39, 1–29, 122–132
 CPC ...... G04B 19/00; G04B 19/04; G04B 19/042; G04B 19/044; G04B 19/06; G04B 19/10; G04B 19/106; G04B 37/00; G04B 37/0008; G04B 37/058; G04B 37/084; G04C 3/00; G04C 3/001; G04C 3/002; G04G 9/00; G04G 9/0017; G04G 9/06; G04G 9/107; G04G 17/00; G04G 17/08; G04G 21/08
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D434,988 S | * | 12/2000 | Kojima | D10/30 |
| D504,829 S | * | 5/2005 | Moriai | D10/30 |
| 6,927,739 B2 | * | 8/2005 | Nomura | H01Q 1/1207 235/487 |
| D526,216 S | * | 8/2006 | Tomimatsu | D10/39 |
| D526,579 S | * | 8/2006 | Moriai | D10/38 |
| D534,084 S | * | 12/2006 | Linde | D10/39 |
| D542,155 S | * | 5/2007 | Yamamoto | D10/31 |
| 7,355,556 B2 | * | 4/2008 | Abe | H01Q 1/273 343/788 |
| 7,515,112 B2 | * | 4/2009 | Someya | G04G 21/04 343/718 |
| D619,909 S | * | 7/2010 | Moriai | D10/39 |
| D658,081 S | * | 4/2012 | Akagi | D10/39 |
| D663,222 S | * | 7/2012 | Nakai | D10/39 |
| D664,450 S | * | 7/2012 | Syoubayashi | D10/39 |
| 2004/0150578 A1 | * | 8/2004 | Nomura | H01Q 1/1207 343/788 |
| 2012/0075964 A1 | * | 3/2012 | Hirayama | G04B 37/084 368/281 |

* cited by examiner

*Primary Examiner* — Martie K Holtje
(74) *Attorney, Agent, or Firm* — Holtz, Holtz, Goodman & Chick PC

(57) **CLAIM**

The ornamental design for a wrist watch, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a wrist watch showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof;
FIG. 8 is a reference front elevational view thereof; and,
FIG. 9 is a reference right front perspective view thereof, drawn to a reduced scale with respect to FIG. 1.
The broken lines in FIG. 8 illustrate a state in which the wrist watch is electrified which forms no part of the claimed design. The straps depicted by broken lines in FIG. 9 represent environment that forms no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





US00D742763S

## (12) United States Design Patent
Hashimoto et al.

(10) Patent No.: **US D742,763 S**
(45) Date of Patent: ** Nov. 10, 2015

(54) **WRIST WATCH**

(71) Applicant: **CASIO KEISANKI KABUSHIKI KAISHA**, Shibuya-ku, Tokyo (JP)

(72) Inventors: **Iichiro Hashimoto**, Kanagawa (JP); **Takayasu Akagi**, Tokyo (JP)

(73) Assignee: **CASIO KEISANKI KABUSHIKI KAISHA**, Tokyo (JP)

(**) Term: **14 Years**

(21) Appl. No.: **29/519,923**

(22) Filed: **Mar. 9, 2015**

(30) **Foreign Application Priority Data**

Nov. 21, 2014 (CN) .......................... 2014 3 0463206

(51) LOC (10) Cl. ................................. **10-02**
(52) U.S. Cl.
USPC .............. **D10/30**; D10/39; D10/126
(58) Field of Classification Search
USPC ............. D10/30–39, 1–29, 122–132
CPC ...... G04B 19/00; G04B 19/04; G04B 19/042; G04B 19/044; G04B 19/06; G04B 19/10; G04B 19/106; G04B 37/00; G04B 37/0008; G04B 37/0058; G04B 37/084; G04C 3/00; G04C 3/001; G04C 3/002; G04G 9/00; G04G 9/0017; G04G 9/06; G04G 9/107; G04G 17/00; G04G 17/08; G04G 21/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D339,749 S | * | 9/1993 | Ishizaka .................. | D10/30 |
| D360,835 S | * | 8/1995 | Sayama .................. | D10/30 |
| D386,982 S | * | 12/1997 | Ramos, Jr. ............... | D10/30 |
| D387,677 S | * | 12/1997 | Hanagata ................. | D10/30 |
| D394,404 S | * | 5/1998 | Ishizaka .................. | D10/30 |
| D394,610 S | * | 5/1998 | Ishizaka .................. | D10/30 |
| D395,402 S | * | 6/1998 | Goto ...................... | D10/30 |
| D400,805 S | * | 11/1998 | Hanagata ................. | D10/30 |
| D407,332 S | * | 3/1999 | Kojima ................... | D10/30 |
| D412,854 S | * | 8/1999 | Oshita .................... | D10/30 |
| D415,041 S | * | 10/1999 | Goto ...................... | D10/30 |
| D418,429 S | * | 1/2000 | Goto ...................... | D10/30 |
| D430,808 S | * | 9/2000 | Hanagata ................. | D10/30 |
| D434,988 S | * | 12/2000 | Kojima ................... | D10/30 |
| D504,829 S | * | 5/2005 | Moriai .................... | D10/30 |
| 7,355,556 B2 | * | 4/2008 | Abe ....................... | H01Q 1/273 343/788 |
| 7,515,112 B2 | * | 4/2009 | Someya .................. | G04G 21/04 343/718 |
| D619,909 S | * | 7/2010 | Moriai .................... | D10/39 |
| D658,080 S | * | 4/2012 | Syoubayashi ............. | D10/38 |
| D658,081 S | * | 4/2012 | Akagi ..................... | D10/39 |
| D664,450 S | * | 7/2012 | Syoubayashi ............. | D10/39 |
| D685,666 S | * | 7/2013 | Nakai ..................... | D10/128 |
| 2004/0145975 A1 | * | 7/2004 | Barras .................... | G04G 21/04 368/281 |
| 2004/0150578 A1 | * | 8/2004 | Nomura .................. | H01Q 1/1207 343/788 |
| 2012/0075964 A1 | * | 3/2012 | Hirayama ................ | G04B 37/084 368/281 |

* cited by examiner

*Primary Examiner* — Martie K Holtje
(74) *Attorney, Agent, or Firm* — Holtz, Holtz, Goodman & Chick PC

(57) **CLAIM**
The ornamental design for a wrist watch, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right side, bottom perspective view of a wrist watch showing our new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof;
FIG. **8** is a reference front elevational view thereof; and,
FIG. **9** is a reference right front perspective view thereof, drawn to a reduced scale with respect to FIG. **1**.
The broken lines in FIG. **8** illustrate a state in which the wrist watch is electrified which forms no part of the claimed design. The straps depicted by broken lines in FIG. **9** represent environment that forms no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





US00D776550S

| (12) United States Design Patent  Nakai | (10) Patent No.: **US D776,550 S** |
|---|---|
| | (45) Date of Patent: ⁎⁎ **Jan. 17, 2017** |

(54) **WRIST WATCH**

(71) Applicant: **CASIO KEISANKI KABUSHIKI KAISHA**, Shibuya-ku, Tokyo (JP)

(72) Inventor: **Toshio Nakai**, Tokyo (JP)

(73) Assignee: **CASIO KEISANKI KABUSHIKI KAISHA**, Tokyo (JP)

(**) Term: **15 Years**

(21) Appl. No.: **29/549,696**

(22) Filed: **Dec. 28, 2015**

(30) **Foreign Application Priority Data**

Jul. 3, 2015 (CN) .................. 2015 3 0232677

(51) LOC (10) Cl. .............................. **10-02**
(52) U.S. Cl.
USPC ................ **D10/39**; D10/30; D10/132
(58) Field of Classification Search
USPC .................. D10/30–39, 122–132
CPC ..... H04L 63/1416; G04B 19/00; G04B 19/20; G04B 19/14; G04B 19/18; G04B 37/0058; G04B 37/0008; G04B 37/116; G04B 37/1486; G04B 45/0069
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D23,464 | S | * | 7/1894 | Colby | D10/1 |
| D240,026 | S | * | 5/1976 | Szalek | D10/126 |
| D504,829 | S | * | 5/2005 | Moriai | D10/30 |
| D514,454 | S | * | 2/2006 | Sekiguchi | D10/30 |
| D658,080 | S | * | 4/2012 | Syoubayashi | D10/38 |
| D685,666 | S | * | 7/2013 | Nakai | D10/128 |
| D724,447 | S | * | 3/2015 | Akagi | D10/126 |
| D732,985 | S | * | 6/2015 | Cerrato | D10/39 |
| D733,602 | S | * | 7/2015 | Ikezu | D10/128 |
| D742,252 | S | * | 11/2015 | Akagi | D10/126 |
| D742,763 | S | * | 11/2015 | Hashimoto | D10/126 |
| D744,367 | S | * | 12/2015 | Lalo | D10/128 |
| D755,061 | S | * | 5/2016 | Nakai | D10/32 |
| D756,240 | S | * | 5/2016 | Register | D10/30 |
| D756,244 | S | * | 5/2016 | Bastian | D10/132 |
| D758,504 | S | * | 6/2016 | Shimoda | D21/531 |
| D768,526 | S | * | 10/2016 | Cerrato | D10/126 |
| 2004/0150578 | A1 | * | 8/2004 | Nomura | H01Q 1/1207 |
| | | | | | 343/788 |

(Continued)

*Primary Examiner* — Sheryl Lane
*Assistant Examiner* — Samantha Wood
(74) *Attorney, Agent, or Firm* — Holtz, Holtz & Volek PC

(57) **CLAIM**

The ornamental design for a wrist watch, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a wrist watch showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof;
FIG. 8 is a reference front elevational view thereof, showing a state in which this article is electrified; and,
FIG. 9 is a reference perspective view thereof, with a watchband attached.
The broken line showing of the wrist watch is included for the purpose of illustrating the environmental structure and forms no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





US00D807201S

(12) **United States Design Patent** (10) Patent No.: **US D807,201 S**
Hashimoto (45) Date of Patent: ⁎⁎ **Jan. 9, 2018**

(54) **WRIST WATCH**

(71) Applicant: **CASIO KEISANKI KABUSHIKI KAISHA**, Shibuya-ku, Tokyo (JP)

(72) Inventor: **Iichiro Hashimoto**, Kanagawa (JP)

(73) Assignee: **CASIO KEISANKI KABUSHIKI KAISHA**, Tokyo (JP)

(**) Term: **15 Years**

(21) Appl. No.: **29/560,731**

(22) Filed: **Apr. 8, 2016**

(30) **Foreign Application Priority Data**

Nov. 13, 2015 (CN) .......................... 2015 3 0452882

(51) LOC (11) Cl. ............................................. **10-02**
(52) U.S. Cl.
USPC ....................................................... **D10/39**
(58) **Field of Classification Search**
USPC ........ D10/1, 4, 6, 15, 30–39, 41, 44–45, 65, D10/122–126, 131–132; D14/344
CPC ...... G04B 19/00; G04B 19/025; G04B 19/04; G04B 19/046; G04B 19/048; G04B 19/06; G04B 19/08; G04B 19/085; G04B 19/087; G04B 19/10; G04B 19/103; G04B 19/106; G04B 47/042; G04B 47/04; G04B 19/11; G04B 19/16; G04B 19/166; G04B 19/18; G04B 19/22; G04B 19/223; G04B 19/24; G04B 19/30; G04B 37/00; G04B 37/0008; G04B 37/02; G04B 37/04; G04B 37/12; G04B 39/002; G04B 39/006; G04B 39/008; G04B 45/0069; G04B 45/0076; G04B 45/04; G04B 45/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D361,529 S  *  8/1995  Sakai ............................. D10/30
D508,860 S  *  8/2005  Plan .............................. D10/39
D598,318 S  *  8/2009  Behling ....................... D10/126
D619,909 S  *  7/2010  Moriai .......................... D10/39
D628,095 S  * 11/2010  Monachon .................... D10/39
D645,362 S  *  9/2011  Houlihan ...................... D10/38
D658,081 S  *  4/2012  Akagi ........................... D10/39
D663,222 S  *  7/2012  Nakai ........................... D10/39
(Continued)

OTHER PUBLICATIONS

Chari Co G-Shock GA-500K Watch | posted at chariandconyc.net Feb. 2, 2017 [online][site visited Oct. 25, 2017]. Available from Internet: <http://www.chariandconyc.net/blog/charicog-shock-ga-500k/> (Year: 2017).*

*Primary Examiner* — Sandra S Snapp
*Assistant Examiner* — Katherine Glennon
(74) *Attorney, Agent, or Firm* — Holtz Holtz & Volek PC

(57) **CLAIM**

The ornamental design for a wrist watch, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a wrist watch showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof;
FIG. 8 is a reference front elevational view thereof, showing a state in which this article is electrified; and,
FIG. 9 is a reference perspective view thereof, with a watchband attached.
The broken lines showing portions of the wrist watch illustrate environmental structure only and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





US00D807202S

| (12) | United States Design Patent | (10) Patent No.: | US D807,202 S |
|---|---|---|---|
| | Yamamoto | (45) Date of Patent: ** | Jan. 9, 2018 |

(54) **WRIST WATCH**

(71) Applicant: **CASIO KEISANKI KABUSHIKI KAISHA**, Shibuya-ku, Tokyo (JP)

(72) Inventor: **Keishiro Yamamoto**, Tokyo (JP)

(73) Assignee: **CASIO KEISANKI KABUSHIKI KAISHA**, Tokyo (JP)

(**) Term: **15 Years**

(21) Appl. No.: **29/580,869**

(22) Filed: **Oct. 13, 2016**

(30) **Foreign Application Priority Data**

Aug. 1, 2016 (CN) .................. 2016 3 0360400

(51) LOC (11) Cl. .............................. 10-02
(52) U.S. Cl.
   USPC ........................ D10/39
(58) Field of Classification Search
   USPC ........ D10/1, 4, 6, 15, 30–39, 41, 44–45, 65, D10/122–126, 131–132; D14/344
   CPC ...... G04B 19/00; G04B 19/025; G04B 19/04; G04B 19/046; G04B 19/048; G04B 19/06; G04B 19/08; G04B 19/085; G04B 19/087; G04B 19/10; G04B 19/103; G04B 19/106; G04B 47/042; G04B 47/04; G04B 19/11; G04B 19/16; G04B 19/166; G04B 19/18; G04B 19/22; G04B 19/223; G04B 19/24; G04B 19/30; G04B 37/00; G04B 37/0008; G04B 37/02; G04B 37/04; G04B 37/12; G04B 39/002; G04B 39/006; G04B 39/008; G04B 45/0069; G04B 45/0076; G04B 45/04; G04B 45/00

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,995,023 | A | * | 2/1991 | Muller | ............... | G04B 37/0008 |
|---|---|---|---|---|---|---|
| | | | | | | 368/276 |
| D361,529 | S | * | 8/1995 | Sakai | ............... | D10/30 |
| D407,333 | S | * | 3/1999 | Akagi | ............... | D10/30 |
| D426,778 | S | * | 6/2000 | Kojima | ............... | D10/30 |
| D619,909 | S | * | 7/2010 | Moriai | ............... | D10/39 |
| D619,917 | S | * | 7/2010 | Nakai | ............... | D10/128 |
| D645,362 | S | * | 9/2011 | Houlihan | ............... | D10/38 |
| D658,080 | S | * | 4/2012 | Syoubayashi | ............... | D10/38 |
| D658,081 | S | * | 4/2012 | Akagi | ............... | D10/39 |
| D663,222 | S | * | 7/2012 | Nakai | ............... | D10/39 |
| D685,666 | S | * | 7/2013 | Nakai | ............... | D10/128 |
| D724,447 | S | * | 3/2015 | Akagi | ............... | D10/126 |
| D733,578 | S | * | 7/2015 | Ikezu | ............... | D10/30 |
| D733,602 | S | * | 7/2015 | Ikezu | ............... | D10/128 |

(Continued)

*Primary Examiner* — Sandra S Snapp
*Assistant Examiner* — Katherine Glennon
(74) *Attorney, Agent, or Firm* — Holtz, Holtz & Volek PC

(57) **CLAIM**

The ornamental design for a wrist watch, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a wrist watch showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof;
FIG. 8 is a reference front elevational view thereof, showing a state in which this article is electrified; and,
FIG. 9 is a reference perspective view thereof, with a watchband attached.

(Continued)





US00D817193S

(12) **United States Design Patent** (10) Patent No.: **US D817,193 S**
Kojima (45) Date of Patent: ** **May 8, 2018**

(54) **WRIST WATCH**

(71) Applicant: **CASIO KEISANKI KABUSHIKI KAISHA**, Shibuya-ku, Tokyo (JP)

(72) Inventor: **Kenji Kojima**, Tokyo (JP)

(73) Assignee: **Casio Keisanki Kabushiki Kaisha**, Tokyo (JP)

(**) Term: **15 Years**

(21) Appl. No.: **29/601,825**

(22) Filed: **Apr. 26, 2017**

(30) **Foreign Application Priority Data**

Nov. 11, 2016 (CN) .......................... 2016 3 0548718

(51) LOC (11) Cl. ............................................. 10-02
(52) U.S. Cl.
USPC ....................................................... D10/39
(58) Field of Classification Search
USPC ....... D10/1, 30, 31, 33, 34, 37, 38, 39, 6, 7, D10/18, 122, 123, 124, 126; D11/1, 2
CPC .......... G04B 3/04; G04B 3/048; G04B 19/02; G04B 19/04; G04B 19/044; G04B 19/048; G04B 19/06; G04B 19/065; G04B 19/10; G04B 5/005; G04B 5/20
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D415,041 S | * | 10/1999 | Goto | D10/30 |
| D536,626 S | * | 2/2007 | Kachi | D10/31 |
| D619,909 S | * | 7/2010 | Moriai | D10/39 |
| D733,578 S | * | 7/2015 | Ikezu | D10/30 |
| D742,763 S | * | 11/2015 | Hashimoto | D10/126 |
| D755,061 S | * | 5/2016 | Nakai | D10/32 |
| D807,202 S | * | 1/2018 | Yamamoto | D10/39 |

FOREIGN PATENT DOCUMENTS

JP   D2010-18311   *   7/2010

OTHER PUBLICATIONS

Amazon, Tissot Men's Watch, posted Jun. 1, 2004, [online], [site visited Feb. 27, 2018]. Available from Internet, <URL: https://www.amazon.com/Tissot-T0134204420200-T-Touch-Expert-Titanium/dp/B0029SJ3ZE/ref=sr_1_104?s=apparel&ie=UTF8&qid=1519737173&sr=1-104&nodeID=7141123011&psd=1&keywords=TISSOT> (Year: 2004).*

* cited by examiner

*Primary Examiner* — Sheryl Lane
*Assistant Examiner* — Samantha N Wood
(74) *Attorney, Agent, or Firm* — Holtz, Holtz & Volek PC

(57) **CLAIM**

The ornamental design for a wrist watch, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a wrist watch showing my new design;
FIG. 2 is a front elevation view thereof;
FIG. 3 is a rear elevation view thereof;
FIG. 4 is a left side elevation view thereof;
FIG. 5 is a right side elevation view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof;
FIG. 8 is a front elevation view thereof, showing the wrist watch in use; and,
FIG. 9 is a perspective view thereof in an exemplary environment.
The broken lines are included for the purpose of illustrating the environmental structure and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



US00D820117S

## (12) United States Design Patent
### Akagi et al.

(10) Patent No.: **US D820,117 S**
(45) Date of Patent: ** **Jun. 12, 2018**

(54) **WRIST WATCH**

(71) Applicant: **CASIO KEISANKI KABUSHIKI KAISHA**, Shibuya-ku, Tokyo (JP)

(72) Inventors: **Takayasu Akagi**, Tokyo (JP); **Hideki Watanabe**, Kanagawa (JP)

(73) Assignee: **CASIO KEISANKI KABUSHIKI KAISHA**, Tokyo (JP)

(**) Term: **15 Years**

(21) Appl. No.: **29/560,730**

(22) Filed: **Apr. 8, 2016**

(30) **Foreign Application Priority Data**

Dec. 4, 2015 (CN) .................. 2015 3 0502579

(51) LOC (11) Cl. ................................ **10-02**
(52) U.S. Cl.
    USPC ...................................... **D10/39**
(58) **Field of Classification Search**
    USPC ........ D10/1, 4, 6, 15, 30–39, 41, 44–45, 65, D10/122–126, 131–132; D14/344
    CPC ...... G04B 19/00; G04B 19/025; G04B 19/04; G04B 19/046; G04B 19/048; G04B 19/06; G04B 19/08; G04B 19/085; G04B 19/087; G04B 19/10; G04B 19/103; G04B 19/106; G04B 47/042; G04B 47/04; G04B 19/11; G04B 19/16; G04B 19/166; G04B 19/18; G04B 19/22; G04B 19/223; G04B 19/24; G04B 19/30; G04B 37/00; G04B 37/0008; G04B 37/02; G04B 37/04; G04B 37/12; G04B 39/002; G04B 39/006; G04B 39/008;
    (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

D401,160 S  * 11/1998 Akagi ..................... D10/30
D434,988 S  * 12/2000 Kojima ................... D10/30

(Continued)

OTHER PUBLICATIONS

Casio G-Shock Gulfmaster GWNQ1000-1A | posted at ablogtowatch.com Nov. 7, 2016 © 2007-2017 aBlogtoWatch [online][site visited Oct. 25, 2017]. Available from Internet: <https://www.ablogtowatch.com/casio-g-shock-master-of-gulfmaster-gwnq1000-1a-watch-review/> (Year: 2016).*

*Primary Examiner* — Sandra S Snapp
*Assistant Examiner* — Katherine Glennon
(74) *Attorney, Agent, or Firm* — Holtz, Holtz & Volek PC

(57) **CLAIM**

The ornamental design for a wrist watch, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right side, bottom perspective view of a wrist watch showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof;
FIG. 8 is a reference front elevational view thereof, showing a state in which this article is electrified;
FIG. 9 is an enlarged detail view of FIG. 1 thereof;
FIG. 10 is an enlarged detail view of FIG. 2 thereof;
FIG. 11 is an enlarged detail view of FIG. 3 thereof;
FIG. 12 is an enlarged detail view of FIG. 4 thereof;
FIG. 13 is an enlarged detail view of FIG. 5 thereof;
FIG. 14 is an enlarged detail view of FIG. 6 thereof;
FIG. 15 is an enlarged detail view of FIG. 7 thereof; and,
FIG. 16 is an enlarged detail view of FIG. 8 thereof.
The evenly-spaced broken lines show portions of the wrist watch that form no part of the claimed design.
The long and short dashed lines indicate the boundaries of the claimed design and form no part thereof.

**1 Claim, 16 Drawing Sheets**

